STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

TOM COLTHURST (CABN 99493)
Chief, Criminal Division

ANDREW PAULSON (CABN 267095)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7356
    FAX: (415) 436-7234
    Andrew.paulson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00287-SI |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| KELVIN BURTON,<br>a/k/a 40 Kal, | |
| Defendant. | |

On July 21, 2021, defendant Kelvin Burton (a/k/a 40 Kal) was charged by Indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on December 21, 2021, for a detention hearing. The defendant was present and represented by Gabriela Bischof. Assistant United States Attorney Andrew Paulson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required, and by clear and convincing

evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant has a history of committing new offenses while under court supervision, including the offense alleged in the indictment in this case and a February 4, 2021 felony conviction for being a felon in possession of a firearm; (2) there is evidence that the defendant committed an armed robbery on December 20, 2019 while wearing a GPS ankle monitor as a condition of his probation from a July 23, 2019 felony conviction for possession of a firearm by a juvenile ward of the state under 30 years old; (3) while on probation, the defendant fled from San Francisco Police Department officers on December 9, 2020 before ultimately being apprehended at gunpoint after crashing his vehicle and fleeing on foot; (4) the defendant misled his California probation officer in late July 2021 when the defendant told the officer that he was travelling to Lake Tahoe and staying in California, but he instead travelled to Cleveland, Ohio; (5) when the defendant was apprehended on August 13, 2021 in Cleveland, Ohio pursuant to the arrest warrant issued in this case, officers witnessed someone in the apartment where the defendant was staying throw firearms out the window and into Lake Erie; and (6) as noted in the Pretrial Services Report, the defendant has at least nine prior firearms or weapons related offenses, including the two felony convictions discussed above.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government,

the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

    IT IS SO ORDERED.

DATED: December 21, 2021

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge